# United States District Court
## Violation Notice

| Field | Value |
|---|---|
| CVB Location Code | VS22 |
| | 5:16-mj-00105 |
| Violation Number | 6505538 |
| Officer Name (Print) | RUSH |
| Officer No. | 2234 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

- Date and Time of Offense (mm/dd/yyyy): 06/19/2016 14:41
- Offense Charged: Title 36 chapter III 327.2b (CFR)
- Place of Offense: Summersville Lake Salmon Run
- Offense Description: Factual Basis for Charge: Parked in posted restriction no parking area

**DEFENDANT INFORMATION**

- Last Name: Dillon
- First Name: John
- M.I.: M

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| 3LH 926 | WV | 2000 | Ford F150 | |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

- $ 35 Forfeiture Amount
- + $30 Processing Fee
- PAY THIS AMOUNT → $ 65.00 Total Collateral Due

**YOUR COURT DATE**

- Court Address: U.S. Courthouse, 110 N. Heber Street, Beckley, WV 25801
- Date (mm/dd/yyyy): 08/09/16
- Time (hh:mm): 10:00

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 09/2015) Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **June 19th**, 20**16** while exercising my duties as a law enforcement officer in the **Southern** District of **West Virginia**

I observed vehicle tag number 3LH 926 registered to a John Dillon parked in a posted restriction, No parking area, which impeded the normal flow of traffic.

The foregoing statement is based upon:
- ☒ my personal observation
- ☐ my personal investigation
- ☐ information supplied to me from my fellow officer's observation
- ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/19/2016   Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident